UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
WASHINGTON SHOE COMPANY, )
) No. C09-1042RSL
                     Plaintiff, )
    v. )
) ORDER
A-Z SPORTING GOODS, INC., )
)
                     Defendant. )
_____)

        This matter comes before the Court *sua sponte*. On October 5, 2009, the Court ordered plaintiff to deliver a courtesy copy of documents filed on September 28, 2009. Plaintiff has provided the necessary documents. The Order to Show Cause (Dkt. # 17) is hereby VACATED.

        Dated this 7th day of October, 2009.

                                    /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge

ORDER