UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

WASHINGTON SHOE COMPANY,

                Plaintiff,

      v.

A-Z SPORTING GOODS, INC.,

                Defendant.

_____

No. C09-1042RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*.  On December 10, 2009, defendant filed a motion for protective order which, taken as a whole, exceeds 50 pages in length.  Dkt. # 26.  As of this date, a courtesy copy of these documents has not been provided for chambers.

      Defendant is hereby ORDERED to show cause, within five days of the date of this Order, why it should not be sanctioned for failure to comply with Local Rule 10(e)(8) and this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 10).  Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

      Dated this 15th day of December, 2009.

                                                                                   Robert S. Lasnik
                                                                                   United States District Judge

ORDER TO SHOW CAUSE