The Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON SHOE CO.;<br><br>                          Plaintiff<br><br>v.<br><br>A-Z SPORTING GOODS, INC.;<br><br>                          Defendant. | CAUSE NO.: 2:09-cv-01042-RSL<br><br>**STIPULATION AND ORDER RENOTING AND EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR TAXABLE COSTS (Dkt. #120)**<br><br>Noted for Consideration:<br>March 11, 2013 |

## **STIPULATION**

Defendant, A-Z Sporting Goods, Inc. ("A-Z") and plaintiff, Washington Shoe Company ("Washington Shoe") (collectively referred to as the "Parties") hereby stipulate to the following:

WHEREAS on March 8, 2013, the Parties telephonically met and conferred regarding the matters set forth below.

WHEREAS, Parties have agreed to the following:

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR TAXABLE COSTS (2:09-cv-01042-RSL) Page - 1

LAW OFFICES
BRESKIN JOHNSON & TOWNSEND PLLC
1111 THIRD AVENUE, SUITE 2230
SEATTLE, WASHINGTON 98101
(206) 652-8660

1. WHEREAS, on March 7, 2013, Plaintiff filed a Motion for Taxable Costs & Memorandum of Points & Authorities in Support Thereof (Dkt. #120).
2. WHEREAS, as a professional courtesy and to accommodate the schedules of counsel for out of state travel and motions practice, the parties have agreed to renote the motion and agreed to a modified briefing schedule.
3. WHEREAS, the parties have agreed to a stipulated briefing schedule as follows:
   a. Defendant may file its Opposition on or before March 27, 2013 at noon
   b. Plaintiff may file its reply, if any, on or before April 5, 2013
4. Accordingly, the parties have agreed to stipulate to renote the Motion for Taxable Costs to April 5, 2013.

DATED this 11th day of March, 2013.

/s/ Roger M. Townsend
Roger M. Townsend, WSBA #25525
Breskin Johnson & Townsend PLLC
1111 3rd Ave Ste 2230
Seattle, WA  98101-3292
p. 206-652-8660 / f. 206-652-8290
rtownsend@bjtlegal.com

/s/ Timothy B. McCormack
Timothy B. McCormack, WSBA #28074
Attorney for Plaintiff
McCormack Intellectual Property Law and Business Law P.S.
617 Lee St
Seattle, WA  98109
p. 206-381-8888 / f. 206-381-1988
tim@McCormackLegal.com

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR TAXABLE COSTS (2:09-cv-01042-RSL) Page - 2

LAW OFFICES
BRESKIN JOHNSON & TOWNSEND PLLC
1111 THIRD AVENUE, SUITE 2230
SEATTLE, WASHINGTON 98101
(206) 652-8660

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

This matter comes before the court upon stipulation by the Parties to this litigation and the court having considered the stipulation.

Defendant's deadline to file its Opposition to Plaintiff's Motion for Taxable Costs is extended to noon March 27, 2013.

Plaintiff's Motion for Taxable Costs (Dkt. #120) is renoted for April 5, 2013.

Dated this 14th day of March, 2013.

*/s/ Robert S. Lasnik*
UNITED STATES DISTRICT JUDGE
HONORABLE ROBERT S. LASNIK

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR TAXABLE COSTS (2:09-cv-01042-RSL) Page - 3

LAW OFFICES
BRESKIN JOHNSON & TOWNSEND PLLC
1111 THIRD AVENUE, SUITE 2230
SEATTLE, WASHINGTON 98101
(206) 652-8660